Entered on Docket
August 30, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 27, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1 CASPER J. RANKIN (CA SBN 249196)
   ELLEN CHA (CA SBN 250243)
2 JOSEPH C. DELMOTTE (CA SBN 259464)
   PITE DUNCAN LLP
3 4375 Jutland Drive, Suite 200
   P.O. Box 17933
4 San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

7 Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 10-46641-EDJ |
|---|---|
| CRAIG ALAN HACKWORTH AND DONNA ANNE HACKWORTH, | Chapter 7 |
| | R.S. No. EXC-12 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: August 13, 2010<br>TIME: 10:00 AM<br>CTRM: 215 |
| Debtor(s). | Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on August 13, 2010, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, National Association, as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Craig Alan Hackworth and Donna Anne Hackworth ("Debtors") commonly known as 7341 Carter Avenue, Newark, California 94560 (the "Real Property"), which is legally described as follows:

- 1 -

SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 18.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Craig Alan Hackworth
Donna Anne Hackworth
7341 Carter Ave.
Newark, CA 94560

Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W San Carlos St. #1700
San Jose, CA 95110
Debtor Attorney

John Kendall
2601 Blanding Ave.
Bldg #C Suite 110
Alameda, CA 94501
Chapter 7 Trustee

HOA Delinquent Assessment
Collections
P.O. Box 311
Pittsburg, CA 94565

GMAC
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034